**F I L E D**
CLERK, U.S. DISTRICT COURT

11/07/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                   PLAINTIFF

v.

ADAM CHARLES PALERMO,

ISMAEL VEGA,

YACHUA MAURICIO FLORES,

RONALD ALEXIS COREAS,

JESUS GONZALEZ-HERNANDEZ JR.,

STEFANO DEONG GREEN,

BALTO MONTION,

HECTOR DANIEL RAMOS, and

JUNIOR ROLDAN

                                   DEFENDANTS

Initial Indictment:
           2:25-CR-731-JFW
_____
Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:
           2:25-CR-731(A)-JFW
_____
Case number to be assigned by Criminal Intake Clerk

## NOTICE TO COURT OF COMPLEX CRIMINAL CASE

(To be filed at the time the Indictment is filed or upon the filing of a
Superseding Indictment in a case not previously identified as complex.)

---

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☒ **Superseding Indictment**

Upon a careful review of the ___first___ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is ___nine (9)___. The previous number of defendants was ___one (1)___.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

November 7, 2025
_____
Date

_____
JENNA W. LONG
Assistant United States Attorney